```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500051322
Cashier ID: pweeks
Transaction Date: 01/08/2016
Payer Name: David G Sigale
-----------------------------------------
CIVIL FILING FEE
 For: David G Sigale
 Case/Party: D-OKW-5-16-CV-000014-001
 Amount:       $400.00
-----------------------------------------
CREDIT CARD
 Amt Tendered: $400.00
-----------------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00

CIV-16-14-R

Return check fee $53
```