IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| STEPHEN PURSLEY, KRISTA PURLEY SECOND AMENDMENT FOUNDATION, INC. | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-16-14-R |
| ED LAKE, in his official capacity as Director of the Oklahoma Department of Human Services | ) ) ) ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Jason A. Reese of the law firm of Meyer, Leonard & Edinger, PLLC, and enters his appearance as counsel of record for Plaintiffs, Stephen Pursley, Krista Pursley, and Second Amendment Foundation, Inc.

Respectfully submitted,

/s/ Jason A. Reese
Jason A. Reese, OBA #20813
MEYER, LEONARD & EDINGER, PLLC
100 Park Ave. Suite 500
Oklahoma City, OK 73104
Telephone: 405-702-9900
Facsimile: 405-605-8381
Email: jreese@mleattorneys.com
*Attorney for Plaintiff*
*Stephen Pursley, Krista Pursley, and Second Amendment Foundation, Inc.*

1