**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Stephen Pursley, Krista Pursley, and Second Amendment Foundation, Inc. )<br>)<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>Ed Lake, in his official capacity as Director of the Oklahoma Department of Human Services )<br>)<br>)<br>)<br>)<br>Defendant(s) ) | Case No. 5:16-CV-14-R |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiffs__, __Stephen Pursley, Krista Pursley, and Second Amendment Foundation, Inc.__.
(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ David G. Sigale                January 14, 2016
Signature                         Date

David G. Sigale
Print Name

Law Firm of David G. Sigale, P.C.
Firm

799 Roosevelt Road, Suite 207
Address

Glen Ellyn           IL            60137
City                 State         Zip Code

630.452.4547         630.596.4445
Telephone            Fax Number

dsigale@sigalelaw.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

[✔] I hereby certify that on (date) __January 14, 2016__, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

N/A

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ David G. Sigale
s/ Attorney Name