IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

STEPHEN PURSLEY, et al.,           )
                                   )
                                   )
                                   )
          Plaintiff(s),            )
                                   )
v.                                 )   Case No. CIV-16-14-R
                                   )
ED LAKE, in his official capacity as )
Director of the Oklahoma Department of )
Human Services,                    )
                                   )
          Defendant(s)             )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __Ed Lake, in his official capacity as Director of the Okla. Dept. of Human Services__.
(Plaintiff/Defendant)           (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Richard W. Freeman, Jr.                    02/03/16
Signature                                     Date

Richard W. Freeman, Jr.
Print Name

Assistant General Counsel, Department of Human Services,
Firm

P.O. Box 25352
Address

Oklahoma City,            OK            73125-0352
City                      State         Zip Code

405-521-3638              405-521-6816
Telephone                 Fax Number

Richard.Freeman@okdhs.org
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✔] I hereby certify that on (date) February 3, 2016 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

David G. Sigale
David G. Sigale, PC

Jason A. Reese
Meyer & Leonard, PLLC

(Attorneys for Plaintiffs)

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

ul Richard W. Freeman, Jr.
s/ Attorney Name

2