IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN PURSLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-16-14-R |
| ) | |
| ED LAKE, in his official ) | |
| Capacity as Director of the ) | |
| Oklahoma Department of ) | |
| Human Services, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the "Unopposed Motion of Defendant for Extension of Time to Answer" (Doc. #7) filed herein on February 18, 2016, the Court determines that the same should be granted. Accordingly, the Defendant is hereby granted an extension of time to and including March 4, 2016, within which to answer or otherwise plead in response to the Plaintiffs' "Complaint for Declaratory and Injunctive Relief" (Doc. #1) in this case.

It is so ordered this 19th day of February, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE