## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STEPHEN PURSLEY, (2) KRISTA PURSLEY, and (3) SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> (1) ED LAKE, in his official capacity as Director of the Oklahoma Department of Human Services, <br><br> Defendant. | Case No. 5:16-CV-14-R |

### F.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF SECOND AMENDMENT FOUNDATION, INC.

Plaintiff SECOND AMENDMENT FOUNDATION, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: February 24, 2016                     Respectfully submitted,

                                By:    /s/ David G. Sigale
                                       One of the Attorneys for Plaintiffs

| | |
|---|---|
| David G. Sigale, Esq. (Atty. ID# 6238103 (IL)) <br> LAW FIRM OF DAVID G. SIGALE, P.C. <br> 799 Roosevelt Road, Suite 207 <br> Glen Ellyn, IL 60137 <br> Tel:  630.452.4547 <br> Fax:  630.596.4445 <br> dsigale@sigalelaw.com | Jason A. Reese, Esq. (OBA #20813) <br> Meyer, Leonard & Edinger, PLLC <br> 100 Park Avenue, Suite 500 <br> Oklahoma City, OK 73102 <br> (405) 702-9900 <br> (405) 605-8381 Fax <br> jreese@mleattorneys.com <br> *LCrR53.7(a) Local Counsel* |

*Attorneys for Plaintiffs*