IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL

# IN COURTROOM - 302

TUESDAY, MAY 3, 2016

NOTICE TO ALL COUNSEL: The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no later than April 25, 2016. For good cause shown, out of town counsel may appear by telephone with prior permission from the Court by calling Janet Wright, Courtroom Deputy for Judge Russell at 405/609-5102 and no objection from opposing counsel.

9:00 a.m.
CIV-15-1316-R       Jacqueline Angela Stokes            Jacqueline Stokes
                                                        *Pro Se*

                    vs.

                    Robert Hastings                     Thomas Ferguson


9:15 a.m.
CIV-13-1129-R       Jennifer Pittman, et al.,           Ira Alison
                                                        Gaylon Hayes
                                                        Amanda Johnson
                                                        Kay Sewell
                                                        Robert Troester
                                                        Christopher Robinson
                                                        Niki Batt

                    vs.

                    Lexie Darlene George, et al.,       Joseph Bocock
                                                        Michael Avery
                                                        Ronald Shinn
                                                        David Youngblood

| | | | |
|---|---|---|---|
| 9:30 a.m.<br>CIV-15-196-R | Deanna Dixon<br><br>vs.<br><br>Oklahoma County Board of County Commissioners, et al., | | Chanda Graham<br><br><br><br>Lisa Endres<br>Jeb Joseph |
| 9:45 a.m.<br>CIV-15-302-R | Edmond Clark<br><br>vs.<br><br>University of Oklahoma Board of Regents | | Amber Hurst<br>Mark Hammons<br><br><br>Eric Moen<br>Gauri Nautiyal<br>Gus Buthman<br>Heidi Long |
| 10:00 a.m.<br>CIV-15-560-R | Ediberto Rosales<br><br>vs.<br><br>University of Oklahoma Board of Regents | | E Ed Bonize<br><br><br><br>Eric Moen<br>Gauri Nautiyal<br>Gus Buthman<br>Heidi Long |
| 10:15 a.m.<br>CIV-15-840-R | Consul Properties LLC, et al.,<br><br><br><br><br>vs.<br><br>Unit Petroleum Co. | | Conner Helms<br>Erin Moore<br>Gary Underwood<br>Lincoln Hatfield<br>Tiffany Peterson<br><br><br>Mia Vahlberg<br>Richard Hix |

| | | |
|---|---|---|
| 10:30 a.m.<br>CIV-15-1198-R | John Lyles, et al.,<br><br>vs.<br><br>Falcon Flowback Services LLC | Noble McIntyre<br>William Alexander<br><br><br>Elizabeth Bowersox<br>Frederic Dorwart<br>Nathan Whatley<br>Paul DeMuro |
| 10:45 a.m.<br>CIV-15-1223-R | Brent Smith, et al.,<br><br>vs.<br><br>Polaris Sales, Inc., et al., | Tye Smith<br>E Todd Tracy<br>Stewart Matthews<br><br><br>Jeremy Ward<br>Ryan Nilsen |
| 11:00 a.m.<br>CIV-15-1348-R | Christina Mangrum-Floyd<br><br>vs.<br><br>Directors Inc. | Leah Roper<br>Amber Hurst<br>Mark Hammons<br><br><br>Adam Childers<br>Melissa McDuffey |
| 11:15 a.m.<br>CIV-16-14-R | Stephen Pursley, et al.,<br><br>vs.<br><br>Ed Lake | David Sigale<br>Jason Reese<br><br><br>Richard Freeman |

| | | | |
|---|---|---|---|
| <u>1:15 p.m.</u><br>CIV-16-94-R | Ikemefuna Muonelo | | Kenyatta Bethea |
| | vs. | | |
| | Medical Business Bureau, et al. | | John Bryan<br>Juston Givens<br>Thomas Wolfe<br>Carol Allen<br>David Silva |
| <u>1:30 p.m.</u><br>CIV-16-124-R | Skyler Barron | | David Warta |
| | vs. | | |
| | Rottinghaus Company, Inc. | | Elaine Turner |
| <u>1:45 p.m.</u><br>CIV-16-158-R | Tracy Snider | | John Coury<br>Robert Haiges |
| | vs. | | |
| | Stephen Harms | | Lane Neal<br>R Ryan Deligans |
| <u>2:00 p.m.</u><br>CIV-16-28-R | Miranda Wiles | | Blake Sonne |
| | vs. | | |
| | John Yamamoto, et al., | | Erin Smith |