**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

Stephen Pursley, )
          Plaintiff )
)
vs. ) Case No. CIV-16-14-R
)
Ed Lake, in his official capacity as
Director of the Oklahoma Department of
Human Services, ) **TRIAL DOCKET**
          Defendant )

**SCHEDULING ORDER**

Date 5/3/16      Judge DAVID RUSSELL      Clerk Janet Wright

Appearing for Plaintiff    David Sigale, by telephone

Appearing for Defendant    Richard Freeman

**THE FOLLOWING DEADLINES ARE SET BY THE COURT**

1. Motions to join additional parties to be filed w/i _____.

2. Motions to amend pleadings to be filed w/i _____.

3. (a) Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to defendant by _____.*

   (b) Defendant to file a final list of expert witness(es) in chief and submit expert reports to plaintiff by _____.*

4. (a) Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed by _____.*

   (b) Defendant to file a final list of witnesses (as described above) 14 days thereafter.*

5. Plaintiff to file a final exhibit list by: _____.* Defendant to file objections to Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by _____.

   Defendant to file a final exhibit list by.* Plaintiff to file objections to Defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by 14 days thereafter.

   ***The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6. Discovery to be completed by 8/4/16.

7. Cross Motions for Summary Judgment to be filed by 9/4/16.

   If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. Trial docket ___**

   ****Trial dockets generally begin the second TUESDAY of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

   The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by _____. Objections and counter-designations to be filed by _____.

10. Motions in limine to be filed by _____

11. Requested voir dire to be filed by _____ .

12. Trial briefs (optional unless otherwise ordered) to be filed by _____ .

13. Requested jury instructions to be filed on or before _____ .***

14. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than _____.***

***In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in WordPerfect format to the Clerk via the Court's designated mail box: russell-orders@okwd.uscourts.gov**

15. Any objection or responses to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within five (5) days thereafter.

16. Proposed final pretrial report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court by _____ .

17. This case is referred to the following Court-sponsored ADR/settlement process or special trial track:

    ___ by agreement of the parties, with the approval of the Court:
    ___ by Order of the Court:

        ___ Mediation
        ___ Judicial Settlement Conference
        ___ Other _____

    If the case is referred to mediation or some other form of private ADR, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than _____.

18. Except as may be otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, within ten calendar days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall provide reasons justifying the commitment of court resources to the settlement process, and shall describe the reasons for which efforts to settle the case by other means have been unsuccessful.

19. _____ The parties consent to trial by a Magistrate Judge.

20. Initial disclosure pursuant to Fed. R. Civ. P. 26 has been made _____; is excused _____; or shall be made no later than _____.

21. Other: _____

                                        BY ORDER OF THE COURT
                                        CARMELITA REEDER SHINN, CLERK


                                        By  s/Janet Wright
                                              Deputy Clerk