IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

STEPHEN PURSLEY, et al., )
)
)
)
Plaintiff(s), )
)
v. )   Case No. CIV-16-14-R
)
ED LAKE, in his official capacity as Director of the Oklahoma Department of Human Services, )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

<u>Defendant</u>, <u>Ed Lake, in his official capacity as Director of the Okla. Dept. of Human Services</u>.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Emily B. Fagan          06/14/16
Signature                   Date

Emily B. Fagan
Print Name

Assistant General Counsel, Department of Human Services,
Firm

P.O. Box 25352
Address

Oklahoma City,          OK          73125-0352
City                    State       Zip Code

405-521-3638            405-521-6816
Telephone               Fax Number

Emily.Fagan@okdhs.org
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

☑ I hereby certify that on (date) June 14, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

David G. Sigale
David G. Sigale, PC

Jason A. Reese
Meyer & Leonard, PLLC

(Attorneys for Plaintiffs)

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

u] Emily B. Fagan
s/ Attorney Name

2