**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| STEPHEN PURSLEY, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. CIV-16-14-R |
| ) | |
| ED LAKE, in his official capacity as Director of the Oklahoma Department of Human Services, ) | |
| ) | |
| Defendant(s) ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __Ed Lake, in his official capacity as Director of the Okla. Dept. of Human Services__.
(Plaintiff/Defendant)            (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Brittany R. Hunt (OBA #31386)        06/15/16
Signature                                                               Date

Brittany R. Hunt (OBA #31386)
Print Name

Assistant General Counsel, Department of Human Services,
Firm

P.O. Box 25352
Address

Oklahoma City,        OK        73125-0352
City                          State          Zip Code

405-521-3638        405-521-6816
Telephone              Fax Number

Brittany.Hunt@okdhs.org
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

☑ I hereby certify that on (date) June 15, 2016 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

David G. Sigale
David G. Sigale, PC

Jason A. Reese
Meyer & Leonard, PLLC

(Attorneys for Plaintiffs)

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Brittany R. Hunt (OBA #31386)
s/ Attorney Name