# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN PURSLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-16-14-R |
| ) | |
| ED LAKE, in his official capacity ) | |
| as Director of the Oklahoma ) | |
| Department of Human Services, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

Upon consideration of the parties' "Joint Motion to Extend Discovery Completion and Dispositive Motion Deadlines" (Doc. #16) filed herein on August 4, 2016, the Court determines that said Motion should be and is hereby granted. Accordingly, the deadline previously set in the Court's Scheduling Order (Doc. #13) in this case for discovery completion is hereby extended until <u>September 6, 2016</u>, and for filing dispositive motions (cross summary judgment motions) is hereby extended until <u>October 6, 2016</u>.

It is so ordered this 5th day of August, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE